UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cv2101-IEG (LSP) |
| Petitioner, | ) | |
| v. | ) | ORDER DISMISSING CASE |
| MARK JOHNSON, | ) | |
| Respondent. | ) | |

Based upon the Government's notice of no further action filed on July 8, 2009, the Court orders the petition be dismissed and directs the Clerk to close the case.

**IT IS SO ORDERED**.

DATED: July 14, 2009

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**